# Order

Michigan Supreme Court
Lansing, Michigan

March 11, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148216 & (24)(25)(26)

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellant,

v

JAMES RAHEEM RAINS,
　　　　Defendant-Appellee.

SC:  148216
COA:  317723
Wayne  CC:  12-000439-FC

_____/

　　　　On order of the Court, the motions for immediate consideration, to waive transcript, and to stay trial court proceedings are GRANTED.  The application for leave to appeal the November 4, 2013 order of the Court of Appeals remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 11, 2014



Clerk

p0311